```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

FILED

2005 SEP 19 P 1:47

[CLERK U.S. DIST. COURT]
[E.D. OF CALIF]

BY____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MG.F. NO. 1:05 M 00 250 LJO |
| Plaintiff, ) | UNDER SEAL 1:05 M 00 250 LJO |
| v. ) | APPLICATION TO SEAL WARRANT |
| ARMANDO LOPEZ, ) | FOR ARREST AND CRIMINAL COMPLAINT; ORDER THEREON and DECLARATION OF STANLEY A. BOONE |
| Defendant. ) | |

The United States of America hereby applies to this Court for an order sealing the Warrant for Arrest and Criminal Complaint against defendant Armando Lopez. Sealing of the referenced documents are necessary to protect the integrity of the ongoing investigation and the disclosure to the defendant of the outstanding warrant and complaint prior to his arrest.

SEALED

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: 9/19/05       By /s/ Stanley A. Boone
                     STANLEY A. BOONE
                     Assistant U.S. Attorney

<u>DECLARATION OF STANLEY A. BOONE</u>

I, Stanley A. Boone, declare and state as follows:

1. I am an Assistant United States Attorney and I am co-counsel responsible for the prosecution of the instant case.

2. I respectfully request that this court order that the Warrant of Arrest and Criminal Complaint in this case be kept secret and under seal until further order of this court, save for it's service and execution upon necessary parties and their counsel. This request is made to protect the on-going investigation as well as to secure the defendant's arrest prior to public disclosure of the warrant and complaint. Disclosure could hamper the U.S. Department of Labor's ability to execute upon the warrants if disclosure is made prior to arrest. Further, search warrants will be conducted in regard to the case and disclosure of the warrant may hamper the ability of the government to execute upon those search warrants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on September 19, 2005.

_____
STANLEY A. BOONE

Sealing ORDER
USA v Armando Lopez

IT IS SO ORDERED.

DATED: Sept 19, 2005

LAWRENCE J. O'NEILL
United States Magistrate Judge