1  GLENN LOSTRACCO CBA#138084
   Attorney at Law
2  2300 Tulare Street #240
   Fresno, California 93721
3  559.497.5297
   559.497-0203 Fax
4  g.lostracco@sbcglobal.net

5  Attorney for Defendant

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )  Case No.: 1:05-cr-00349-01 OWW
                                       )
11         Plaintiff,                  )  STIPULATION AND ORDER TO CONTINUE
                                       )
12 vs.                                 )  SENTENCING
                                       )
13 ARMANDO LOPEZ                       )  DATE: May 14, 2007
                                       )
14         Defendant,                  )  TIME: 9:00 a.m.
                                       )
15                                     )
                                       )
16 _____

17     The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be

18 continued from May 14, 2007, until June 11, 2007 at 1:30 PM. The parties further stipulate and agree that

19 the resulting period of delay occurring between May 14, 2007, and June 11, 2007 shall be excluded

20 pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

21

22 Dated: May 10, 2007                      By: /s/ Stanley A. Boone
                                            McGREGOR W. SCOTT
23                                          United States Attorney
                                            Stanley A. Boone
24                                          Assistant U.S. Attorney

25

26 Dated: May 10, 2007

                                            /s/ Glenn LoStracco
27                                          GLENN LoSTRACCO
                                            Attorney for Defendant
28                                          Armando Lopez

STIP - ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**
2
3 IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby continued to June
4 11, 2007 at 1:30 PM. It is further ordered that time shall be excluded from May 14, 2007, until June 11,
5 2007, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).
6
7 Dated: 5/10/2007                                /s/ Oliver W. Wanger
                                                  Honorable Oliver W. Wanger
8                                                 United States District Judge

STIP - ORDER - 2

PDF created with pdfFactory trial version www.pdffactory.com