GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:05-cr-00349-01 OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | SENTENCING |
| ARMANDO LOPEZ | DATE: June 11, 2007 |
| Defendant, | TIME: 1:30 P.M. |

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from June 11, 2007, until July 9, 2007 at 1:30 PM. The parties further stipulate and agree that the resulting period of delay occurring between June 11, 2007, and July 9, 2007 shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated: June 1, 2007

By: /s/ Stanley A. Boone
McGREGOR W. SCOTT
United States Attorney
Stanley A. Boone
Assistant U.S. Attorney

Dated: June 1, 2007

/s/ Glenn  LoStracco
GLENN  LoSTRACCO
Attorney for Defendant
Armando Lopez

**ORDER**

IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby continued to July 9, 2007, at 1:30 PM. It is further ordered that time shall be excluded from June 11, 2007, until July 9, 2007, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated:  6/1/2007                       /s/ Oliver W. Wanger
                                       Honorable Oliver W. Wanger
                                       United States District Judge