**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| ) | **1:05-CR-00349 OWW** |
| **Plaintiff,**  ) | |
| **vs.**  ) | |
| ) | **ORDER EXONERATING BOND** |
| **ARMANDO LOPEZ**  ) | **AND FOR RETURN OF NOTES** |
| ) | **AND DEEDS OF TRUST** |
| **Defendants.**  ) | |
| _____) | |

  The above-named defendant having been sentenced, and

now being in the custody of the Bureau of Prisons, it is hereby

ordered that the bond be exonerated and all notes and deeds of

trust be returned to the sureties.

**Deed # 2005-0239692**


IT IS SO ORDERED.

**Dated:   December 16, 2009            /s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE